UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

TOUMANI TOURAY THOMAS

Defendant.

Criminal Action No. **01cr225**
(CKK)

**FILED**

NOV 1 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation

dated October 30, 2009, from Magistrate Judge John M. Facciola. No objections to the

Magistrate Judge's Report and Recommendation have been received by the Court.

WHEREFORE, it is this _18th_ day of November, 2009,

**ORDERED** that the Report and Recommendation filed on October 30, 2009, in the

above-captioned case is **ADOPTED**. Accordingly, Defendant's supervised release is hereby

revoked. A sentence shall be addressed and imposed at a Court hearing on December 2, 2009, at

9:30 a.m. in Courtroom 28-A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Harry Tun, Esq.
Angela George, AUSA
Michael Penders, US Probation Officer
Magistrate Judge John M. Facciola